COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC

Appellate case number: 01-19-00049-CV

Trial court case number: 2018-66742

Trial court: 269th District Court of Harris County

On July 9, 2019, this Court abated this appeal pending the trial court's resolution of a related matter. Since then, appellees have filed several status reports in this Court, the most recent on April 21, 2022. The last status report indicated trial was scheduled on the two-week docket beginning May 16, 2022.

Appellees are hereby **ordered** to file a ninth status report within **60 days** from the date of this order. The status report should advise this Court of the status of any related trial court proceedings.

It is so ORDERED.


Judge's signature:        /s/ Julie Countiss_____
                                Acting individually

Date: April 26, 2022